**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION

Case number *(if known)* _____    Chapter    __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **381 Broadway Realty Corp.** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number (EIN)** | **06-1133432** |

**4.    Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **381 Broadway** **New York, NY 10013-3537** Number, Street, City, State & ZIP Code | **Alan Tantleff c/o FTI Consulting 3 Times NY, NY 10036** P.O. Box, Number, Street, City, State & ZIP Code |
| **New York** County | Location of principal assets, if different from principal place of business |
| | **381 Broadway New York, NY 10013-3537** Number, Street, City, State & ZIP Code |

**5.    Debtor's website** (URL)    _____

**6.    Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **381 Broadway Realty Corp.**                                           Case number *(if known)* _____
_____
Name

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
      5313

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

■ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

District _____ When _____ Case number _____

District _____ When _____ Case number _____

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

Debtor _____ Relationship _____

District _____ When _____ Case number, if known _____

---

| Debtor | **381 Broadway Realty Corp.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **381 Broadway Realty Corp.** | Case number (*if known*) | |
| | Name | | |

---

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 13, 2020**
MM / DD / YYYY

**X** **/s/ Alan Tantleff** | **Alan Tantleff**
Signature of authorized representative of debtor | Printed name

Title    **Authorized Signatory**

---

**18. Signature of attorney**

**X** **/s/ Kevin J. Nash** | Date **November 13, 2020**
Signature of attorney for debtor | MM / DD / YYYY

**Kevin J. Nash**
Printed name

**Goldberg Weprin Finkel Goldstein LLP**
Firm name

**1501 Broadway 22nd Floor**
**New York, NY 10036**
Number, Street, City, State & ZIP Code

Contact phone    **(212) 221-5700**    Email address    **knash@gwfglaw.com**

**Kevin J. Nash**
Bar number and State

| Fill in this information to identify the case: |
| --- |

Debtor name   **381 Broadway Realty Corp.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

| Declaration and signature |
| --- |

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets—Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule*

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 13, 2020**        **X** */s/ Alan Tantleff*
_____          _____
                    Signature of individual signing on behalf of debtor

                    **Alan Tantleff**
                    _____
                    Printed name

                    **Authorized Signatory**
                    _____
                    Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **381 Broadway Realty Corp.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION

Case number (if known)    _____

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on **Schedule G: Executory Contracts and Unexpired Leases** (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
    Name of institution (bank or brokerage firm) / Type of account / Last 4 digits of account number

| | | | | |
| --- | --- | --- | --- | --- |
| 3.1. | **TD Bank** | **Prior Receiver's account** | | **$21,000.00** |
| 3.2. | **East West Bank** | **Current Receiver Account** | | **unknown** |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **$21,000.00** |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. Does the debtor have any deposits or prepayments?

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

| | | |
| --- | --- | --- |
| 7.1. | **Tenant security deposits are believed to have been diverted by the Debtor's principal, Gary M. Tse** | **unknown** |

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

Software Copyright (c) 2020 CINGroup - www.cincompass.com

Debtor    **381 Broadway Realty Corp.**                          Case number *(If known)* _____
                Name

9.        **Total of Part 2.**                                                          | $0.00 |

          Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.       **Accounts receivable**

          11a. 90 days old or less:              **0.00**    -        **0.00**    = ....        **unknown**
                                            face amount          doubtful or uncollectible accounts

12.       **Total of Part 3.**                                                          | $0.00 |

          Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☐ Yes Fill in the information below.

55.       **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

Official Form 206A/B              Schedule A/B Assets - Real and Personal Property                    page 2

Software Copyright (c) 2020 CINGroup - www.cincompass.com

Debtor    **381 Broadway Realty Corp.**                                    Case number *(If known)* _____
          Name

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **381 Broadway, New York, NY 10013-3537** | | **$19,000,000.00** | **Approximately** | **$19,000,000.00** |

56.    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

|  |
|---|
| **$19,000,000.00** |

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71.    **Notes receivable**
       Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

       **Claims against former Receiver**                                    **unknown**
       **Nature of claim**
       **Amount requested**                    **$0.00**

Software Copyright (c) 2020 CINGroup - www.cincompass.com

Debtor    **381 Broadway Realty Corp.**                                    Case number *(If known)* _____

Name

**Claims against the Debtor's principal, Gary M. Tse**                                    **unknown**

Nature of claim    _____
Amount requested                    **$0.00**

---

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**                                    **$0.00**

Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Software Copyright (c) 2020 CINGroup - www.cincompass.com

Debtor    **381 Broadway Realty Corp.**            Case number *(If known)* _____
Name

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $21,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...............................................> | | $19,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $21,000.00 | + 91b. $19,000,000.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $19,021,000.00 |

**Fill in this information to identify the case:**

Debtor name   **381 Broadway Realty Corp.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1   381 Broadway Lender LLC**<br>Creditor's Name<br><br>**Attn: Robert Dakis, Esq.**<br>**7 Mercer St Fl 2**<br>**New York, NY 10013-2585**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number** | **Describe debtor's property that is subject to a lien**<br>**381 Broadway, New York, NY 10013-3537**<br><br><br>**Describe the lien**<br>**Judgment entered March 16, 2020**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $20,000,443.49 | $19,000,000.00 |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. 381 Broadway Lender LLC**<br>**2. Titan Capital ID LLC** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2   Titan Capital ID LLC**<br>Creditor's Name<br><br>**19 Ludlow Rd Ste 301**<br>**Westport, CT 06880-3040**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number** | **Describe debtor's property that is subject to a lien**<br>**381 Broadway, New York, NY 10013-3537**<br><br><br>**Describe the lien**<br><br><br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $3,019,462.00 | $19,000,000.00 |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |

Software Copyright (c) 2020 CINGroup - www.cincompass.com

Debtor   __381 Broadway Realty Corp.__                    Case number (if known)   _____
                    Name

☐ No

☑ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent

☑ Unliquidated

☐ Disputed

**1. 381 Broadway Lender
LLC**

**2. Titan Capital ID LLC**

3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $23,019,905.49 |

---

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Roy C. Justice, Esq.**<br>**600 3rd Ave Fl 2**<br>**New York, NY 10016-1919** | Line __2.2__ | |
| **Y. David Scharf, Esq.**<br>**Morrison Cohen LLC**<br>**909 3rd Ave**<br>**New York, NY 10022-4731** | Line __2.1__ | |

**Fill in this information to identify the case:**

Debtor name __381 Broadway Realty Corp.__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **unknown** | **$0.00** |
|---|---|---|---|---|
|  | **Internal Revenue Service** **Centralized Insolvency Operations** **PO Box 7346** **Philadelphia, PA 19101-7346** | *Check all that apply.* ☐ Contingent ■ Unliquidated ☐ Disputed | | |
|  | _____ Date or dates debt was incurred | Basis for the claim: **For notice purposes** | | |
|  | _____ Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$99,185.84** | **$0.00** |
|---|---|---|---|---|
|  | **NYC Dep't of Finance** **Legal Affairs** **345 Adams St Fl 3** **Brooklyn, NY 11201-3719** | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
|  | _____ Date or dates debt was incurred | Basis for the claim: **Real estate taxes** | | |
|  | _____ Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ■ No ☐ Yes | | |

| Debtor | **381 Broadway Realty Corp.** | Case number (if known) |
|--------|------|-----|
| | Name | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **unknown** | **$0.00** |
|-----|------|------|------|------|

**NYS Dep't of Taxation**
**Bankruptcy/Special Procedure**
**PO Box 5300**
**Albany, NY 12205-0300**

*Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------|

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **unknown** |
|-----|------|------|------|

**AP Gas & Electric (NY) LLC**

**6161 Savoy Dr Ste 500**
**Houston, TX 77036-3326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date(s) debt was incurred

Last 4 digits of account number

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **unknown** |
|-----|------|------|------|

**Arthur Soong**

**305 Broadway Ste 1201**
**New York, NY 10007-1135**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:

Date(s) debt was incurred

Last 4 digits of account number

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **unknown** |
|-----|------|------|------|

**Caden LLC**
**c/o Gary Tse**
**55 Chrystie St Ste 59 503**
**New York, NY 10002-5042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date(s) debt was incurred

Last 4 digits of account number

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **unknown** |
|-----|------|------|------|

**Chelsea Sanatation Service, Inc.**

**PO Box 451**
**Kearny, NJ 07032-0451**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:

Date(s) debt was incurred

Last 4 digits of account number

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **unknown** |
|-----|------|------|------|

**Con Edison**
**Jaf Station,**
**PO Box 1702**
**New York, NY 10116-1702**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:

Date(s) debt was incurred

Last 4 digits of account number

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **381 Broadway Realty Corp.**                                    Case number (if known) _____
_____
Name

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

**Designer's Management Agency Inc.**

☐ Contingent
**381 Broadway Fl 3**
**New York, NY 10013-3537**       ■ Unliquidated
                                  ☐ Disputed
Date(s) debt was incurred __
                                  **Basis for the claim:** __
Last 4 digits of account number __
                                  Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

**Frontline Security Solutions, Inc.**

☐ Contingent
**PO Box 943**
**New York, NY 10272-0943**       ■ Unliquidated
                                  ☐ Disputed
Date(s) debt was incurred __
                                  **Basis for the claim:** __
Last 4 digits of account number __
                                  Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

**Gary M. Tse**

☐ Contingent
**55 Chrystie St Ste 59 503**
**New York, NY 10002-5042**       ■ Unliquidated
                                  ■ Disputed
Date(s) debt was incurred __
                                  **Basis for the claim:** __
Last 4 digits of account number __
                                  Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

**Herrick Feinstein LLP**
**Attn: Elena McDermott, Esq.**
**1 Gateway Ctr**                 ☐ Contingent
**Newark, NJ 07102-5310**         ☐ Unliquidated
                                  ☐ Disputed
Date(s) debt was incurred __
                                  **Basis for the claim:** __
Last 4 digits of account number __
                                  Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

**Jatin B. Patel**

☐ Contingent
**381 Broadway # NEWSSTAND**
**New York, NY 10013-3537**       ■ Unliquidated
                                  ☐ Disputed
Date(s) debt was incurred __
                                  **Basis for the claim:** __
Last 4 digits of account number __
                                  Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

**Joey Pepperoni's Broadway, Inc.**
**Corner Storefront**             ☐ Contingent
**381 Broadway**
**New York, NY 10013-3537**       ■ Unliquidated
                                  ☐ Disputed
Date(s) debt was incurred __
                                  **Basis for the claim:** __
Last 4 digits of account number __
                                  Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

**M&M Environmental**

☐ Contingent
**3927 29th St**
**Long Island City, NY 11101-3748**   ■ Unliquidated
                                  ☐ Disputed
Date(s) debt was incurred __
                                  **Basis for the claim:** __
Last 4 digits of account number __
                                  Is the claim subject to offset? ■ No  ☐ Yes

Debtor    **381 Broadway Realty Corp.**                                    Case number (if known) _____
          _____
          Name

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | unknown |

**NYC Environmental Control Board**

☐ Contingent
■ Unliquidated
☐ Disputed

66 John St Fl 10
New York, NY 10038-3772

**Basis for the claim:** __

Date(s) debt was incurred __

Is the claim subject to offset? ■ No  ☐ Yes

Last 4 digits of account number __

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | unknown |

**Peter Hanschke, Esq.**

☐ Contingent
■ Unliquidated
☐ Disputed

233 Broadway Rm 2220
New York, NY 10279-2201

**Basis for the claim:** __

Date(s) debt was incurred __

Is the claim subject to offset? ■ No  ☐ Yes

Last 4 digits of account number __

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | unknown |

**Precision Elevator Corp.**

☐ Contingent
■ Unliquidated
☐ Disputed

257 51st St
Brooklyn, NY 11220-1712

**Basis for the claim:** __

Date(s) debt was incurred __

Is the claim subject to offset? ■ No  ☐ Yes

Last 4 digits of account number __

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | unknown |

**Robert Desprez**
c/o Joseph Viener, Esq.
100 Herricks Rd
Mineola, NY 11501-3637

☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __

Date(s) debt was incurred __

Is the claim subject to offset? ■ No  ☐ Yes

Last 4 digits of account number __

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | unknown |

**Robert Renzulli, Marshal**

☐ Contingent
☐ Unliquidated
☐ Disputed

32 Broadway Ste 511
New York, NY 10004-1665

**Basis for the claim:** __

Date(s) debt was incurred __

Is the claim subject to offset? ■ No  ☐ Yes

Last 4 digits of account number __

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | unknown |

**Sky Ting Yoga LLC**

☐ Contingent
■ Unliquidated
☐ Disputed

381 Broadway Fl 2
New York, NY 10013-3537

**Basis for the claim:** __

Date(s) debt was incurred __

Is the claim subject to offset? ■ No  ☐ Yes

Last 4 digits of account number __

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | unknown |

**Stephen Phan**

☐ Contingent
☐ Unliquidated
☐ Disputed

381 Broadway Main Storefront
New York, NY 10013-3537

**Basis for the claim:** __

Date(s) debt was incurred __

Is the claim subject to offset? ■ No  ☐ Yes

Last 4 digits of account number __

Debtor   **381 Broadway Realty Corp.**                                        Case number (if known) _____
_____
Name

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |

**Time Warner Cable/Spectrum**

☐ Contingent

PO Box 7186
Pasadena, CA 91109-7186

■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |

**Tribeca Global Holdings LLC**

☐ Contingent

68 White St
New York, NY 10013-3508

■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |

**Upfluence**

☐ Contingent

381 Broadway Fl 4
New York, NY 10013-3537

■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |

**VIP Fire Protection Inc.**

☐ Contingent

700 Columbia St # 301A
Brooklyn, NY 11231-1914

■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |

**White on White Cleaners Corp.**
**White Street Storefront**
**381 Broadway**
**New York, NY 10013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| **Part 3:** | List Others to Be Notified About Unsecured Claims |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **New York State Attorney General**<br>**120 Broadway**<br>**New York, NY 10271-0002** | Line **2.3**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **NYC Dept of Law**<br>**Attn: Bernadette Brennan, Esq.**<br>**100 Church St Rm 5-233**<br>**New York, NY 10007-2601** | Line **2.2**<br><br>☐ Not listed. Explain ____ | _ |

| **Part 4:** | Total Amounts of the Priority and Nonpriority Unsecured Claims |

Debtor    **381 Broadway Realty Corp.**                                    Case number (if known) _____
        Name

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 99,185.84 |
| 5b. Total claims from Part 2 | 5b. + $ | 0.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 99,185.84 |

**Fill in this information to identify the case:**

Debtor name     __381 Broadway Realty Corp.__

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION

Case number (if known)     _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
      ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — **Lease** | |
| State the term remaining | **Joey Pepperoni's Broadway Inc.** |
| List the contract number of any government contract | **Corner Storefront**<br>**381 Broadway**<br>**New York, NY 10013-3537** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — **Lease** | |
| State the term remaining | **Stephen Phan** |
| List the contract number of any government contract | **Main Storefront**<br>**381 Broadway**<br>**New York, NY 10013-3537** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — **Lease** | |
| State the term remaining | **White on White Cleaners Corp.** |
| List the contract number of any government contract | **White Street Storefront**<br>**381 Broadway**<br>**New York, NY 10013-3537** |

Software Copyright (c) 2020 CINGroup - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name          **381 Broadway Realty Corp.**

United States Bankruptcy Court for the:          SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION

Case number (if known)          _____

☐ Check if this is an
   amended filing

Official Form 206H
# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,
Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the
creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | **Gary M. Tse** | **55 Chrystie St Ste 59 503**<br>**New York, NY 10002-5042** | **381 Broadway**<br>**Lender LLC** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Gary M. Tse** | **55 Chrystie St Ste 59 503**<br>**New York, NY 10002-5042** | **Titan Capital ID LLC** | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **381 Broadway Realty Corp.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

**Part 1:**    **Summary of Assets**

1.    **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*............................................................................    $    **19,000,000.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.........................................................................    $    **21,000.00**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*...........................................................................    $    **19,021,000.00**

---

**Part 2:**    **Summary of Liabilities**

2.    **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*....................................    $    **23,019,905.49**

3.    **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................    $    **99,185.84**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................    +$    **0.00**

4.    **Total liabilities** .................................................................................................
    Lines 2 + 3a + 3b    $    **23,119,091.33**