| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | Hearing Date: December 17, 2020<br>Hearing Time: 2:00 p.m. |

-----------------------------------------------------------x

In re

381 BROADWAY REALTY CORP.,

                 Debtor.

-----------------------------------------------------------x

Case No. 20-12605 (MG)

Chapter 11

**NOTICE OF UNITED STATES TRUSTEE'S MOTION: (A) FOR AN ORDER SHORTENING TIME AND SCHEDULING A HEARING; AND (B) DISMISSING THIS CHAPTER 11 CASE PURSUANT TO SECTION 1112(b)(1) OF THE BANKRUPTCY CODE OR, ALTERNATIVELY, DIRECTING THE APPOINTMENT OF A CHAPTER 11 TRUSTEE PURSUANT TO SECTION 1104 OF THE BANKRUPTCY CODE**

PLEASE TAKE NOTICE that, upon the within motion and the concurrently filed memorandum of law, William K. Harrington, the United States Trustee for Region 2, in furtherance of the duties and responsibilities set forth in 28 U.S.C. § 586(a)(3) and (a)(5), will move this Court before the Honorable Robert D. Drain, United States Bankruptcy Judge, in the United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004 on **December 17, 2020, at 2:00 p.m.,** or as soon thereafter as counsel can be heard, for: (a) an order shortening time and (b) scheduling a hearing to consider the U.S. Trustee's motion for an Order dismissing this chapter 11 case pursuant to section 1112(b)(1) of the Bankruptcy Code or, alternatively, directing the appointment of a Chapter 11 trustee pursuant to section 1104 of the Bankruptcy Code, and for such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Bankruptcy Court's General Order

M-543, dated March 20, 2020 ("General Order M-543"), **the Hearing will be conducted telephonically**. Parties wishing to participate in the Hearing should reference General Order M-543 for further instructions on how to make a telephonic appearance.

PLEASE TAKE FURTHER NOTICE that any responsive papers should be filed with the Court, with a copy to Chambers, provided, however, that pursuant to *general order* No. M-399 re Electronic Case Filing Procedures (as amended from time to time), entities with Internet access shall file objections (formatted in the Adobe Acrobat file format) at http://www.nysb.uscourts.gov, and personally served on the United States Trustee, at 201 Varick Street, Room 1006, New York, New York 10014, to the attention of Richard C. Morrissey, Esq., by no later than Monday, December 14, 2020, at 12:00 noon, Prevailing Eastern Time. Such papers shall conform to the Federal Rules of Civil Procedure and identify the party on whose behalf the papers are submitted, the nature of the response, and the basis for such response.

Dated: New York, New York
       November 30, 2020

                                          WILLIAM K. HARRINGTON
                                          UNITED STATES TRUSTEE
                                          Region 2

                        By:    */s/ Richard C. Morrissey*
                               Richard C. Morrissey
                               Trial Attorney
                               U.S. Federal Bldg.
                               201 Varick Street, Room 1006
                               New York, New York 10004
                               Tel. No. (212) 510-0500
                               Fax No. (212) 668-2255