UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

In re                                              Chapter 11

**381 BROADWAY REALTY CORP.**,          Case No. 20-12605 (MG)

              Debtor.

----------------------------------------------------------x

## ORDER DISMISSING CHAPTER 11 CASE

As set forth in the record of the hearing held on December 17, 2020 in this chapter 11 case of 381 Broadway Realty Corp. (the "**Debtor**"); the Court having jurisdiction over this matter and the relief ordered herein; and due and sufficient notice having been given under the circumstances; and the Court having heard and considered all of the arguments and statements made by the parties-in-interest at the hearing; and the Court having found at the hearing that grounds exist for the dismissal of this chapter 11 case pursuant to section 1112(b)(1) of the Bankruptcy Code, as cause exists and the dismissal of this case is in the best interests of the creditors, any equity security holders, and other interests of the estate; and, after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED that, pursuant to 11 U.S.C. § 1112(b)(1), the above-captioned chapter 11 case is hereby dismissed; and it is further

ORDERED, that the Debtor pay to the United States Trustee the appropriate sum required, if any, pursuant to 28 U.S.C. § 1930, within ten (10) days of the entry of this order and

simultaneously provide to the United States Trustee an appropriate affidavit indicating the cash disbursements, if any, for the relevant period.

Dated: New York, New York
      December __, 2020

 

                                          _____
                                          UNITED STATES BANKRUPTCY JUDGE