UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

In re                                                                  Chapter 11

**381 BROADWAY REALTY CORP.**,              Case No. 20-12605 (MG)

          Debtor.

---------------------------------------------------------x

**ORDER PURSUANT TO 11 U.S.C. § 1104(d) DIRECTING
THE APPOINTMENT OF A CHAPTER 11 TRUSTEE**

      As set forth in the record of the hearing held on December 17, 2020 in this chapter 11 case of 381 Broadway Realty Corp. (the "**Debtor**"); the Court having jurisdiction over this matter and the relief ordered herein; and due and sufficient notice having been given under the circumstances; and the Court having heard and considered all of the arguments and statements made by the parties-in-interest at the hearing; and the Court having found at the hearing that grounds exist for the appointment of a chapter 11 trustee under 11 U.S.C. § 1104(a) as cause exists and the appointment is in the best interests of the creditors, any equity security holders, and other interests of the estate; and the Court having at the hearing So Ordered and directed the Unied States Trustee to appoint a chapter 11 trustee in this case; and, after due deliberation and sufficient cause appearing therefore, it is hereby

      ORDERED that, pursuant to 11 U.S.C. § 1104(a)(1) and (2), the United States Trustee is directed to appoint a chapter 11 trustee ("**Trustee**") in this case, pursuant to 11 U.S.C. § 1104(d); and it is further

      ORDERED that compensation and reimbursement of the Trustee shall be determined pursuant to 11 U.S.C. § 330, and compensation and reimbursement of the Trustee's professionals shall be determined pursuant to standards equivalent to those set forth in 11 U.S.C. § 330; and it

is further

ORDERED that the Debtor and any other individual or entity in possession of the Debtor's records and property shall cooperate with the Trustee and promptly turn over to the Trustee all records and property of the estates in their possession or control as directed by the Trustee; and it is further

ORDERED that the Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated:  New York, New York
       December __, 2020

_____
MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE